LAWRENCE et al., Respondents, v. GUDE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Newbold T. Lawrence and others against O. J. Gude & Co. A. S. Gilbert, for appellants. P. T. Sherman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

LEGNARD, Appellant, v. STANDARD LIFE & ACCIDENT INS. CO. OF DETROIT, MICH., Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Mary C. Legnard against the Standard Life & Accident Insurance Company of Detroit, Mich. No opinion. Order affirmed, with $10 costs and disbursements.

LEIBHARDT COMMISSION CO., Plaintiff, v. DUNHAM et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by the Leibhardt Commission Company against William C. Dunham and another. No opinion. Defendants' exceptions overruled, motion for new trial denied, and judgment ordered for the plaintiff upon the verdict, with costs.

LEMON v. SMITH et al. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by J. Samuel Lemon, as administrator, etc., against Maxwell Smith and others. No opinion. Motion denied.

LEVINE, Respondent, v. GOLDBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Joseph Levine against Morris Goldberg and Sarah Goldberg. No opinion. Judgment of the municipal court affirmed, with costs.

LEZINSKY v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Eugene L. Lezinsky against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

LIBERTY WALL PAPER CO., Appellant, v. STONER WALL PAPER MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by the Liberty Wall Paper Company against the Stoner Wall Paper Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

LIGHTHALL, Appellant, v. VILLAGE OF SARATOGA SPRINGS, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by Mary J. Lighthall against the village of Saratoga Springs. No opinion. Judgment unanimously affirmed, with costs.

LOCKE, Respondent, v. WALDRON, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Charles D. Locke against Charles B. Waldron. No opinion. Motion granted.

79 N. Y. S. 72.

In re LORD. (Supreme Court, Appellate Division, First Department. December 19, 1902.) In the matter of Emily M. Lord, deceased. L. H. Beers, for appellant. E. R. Olcott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re LORMOR et al. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the final judicial settlement of the accounts of Andrew W. Lormor and Jackson Lormor, executors of the last will and testament of James Lormor, deceased. No opinion. Decree of the surrogate unanimously affirmed, with costs.

In re LUONGO. LUONGO, Respondent, v. LIVINGSTON, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) In the matter of the application of Anna Luongo for leave to sue as a poor person. Anna Luongo, an infant, by Ferdinando Luongo, her guardian ad litem, respondent, against Johnston Livingston, as president of the National Express Company, appellant. PER CURIAM. Order reversed, on authority of Weinstein v. Frank, 56 App. Div. 275, 67 N. Y. Supp. 746 (followed in Dorfman v. Goldstein, 66 App. Div. 613, 73 N. Y. Supp. 1134) with $10 costs and disbursements, and motion granted, with costs, but without prejudice to a renewal of the motion for leave to sue as a poor person, on proper papers.

LYONS, Respondent, v. DEGNON–McLEAN CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Margaret Lyons, as administratrix, against the Degnon-McLean Contracting Company. J. Ford, for appellant. J. A. Hilton, for respondent. No opinion. Judgment and order affirmed, with costs.

MAAS v. GERMAN SAV. BANK. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Charles Maas against the German Savings Bank. No opinion. Motion granted.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion granted to the extent stated in memorandum.

McKINLAY, Appellant, v. VAN DUSEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Howard McKinlay against Margaret Van Dusen and others. No opinion. Motion granted.

MAHER, Appellant, v. HOME INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Dennis Maher against the Home Insurance Company of New York. PER CURIAM. On motion of the defendant, it is ordered that the order of reversal and judgment entered herein on the 27th day of